# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-3381

_____

United States of America

*Plaintiff - Appellee*

v.

Thomas Richard Jager

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: June 5, 2015
Filed: June 19, 2015
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Thomas Jager directly appeals the sentence that the district court[1] imposed upon his guilty plea to fraud offenses. His counsel has moved to withdraw, and in a

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

brief filed under <u>Anders v. California</u>, 386 U.S. 738 (1967), he argues the sentence is unreasonable. In a supplemental brief, Jager also argues that the sentence is unreasonable, and challenges various Guidelines calculations.

We decline to review Jager's challenges to the Guidelines calculations, because his pre-sentencing stipulation to the Guidelines range, coupled with defense counsel's statement at sentencing that Jager had no objections to the presentence report's facts and Guidelines calculations, constituted withdrawal of his previous objections. <u>See</u> <u>United States v. Olano</u>, 507 U.S. 725, 733 (1993) (waiver is intentional abandonment of known right and results in issue being unreviewable on appeal). We conclude that the sentence is not unreasonable. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (abuse-of-discretion review of sentence). Finally, upon independently reviewing the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____